UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09
```

JONATHAN CAPPO,

                Plaintiff,

-v-

GLENN LUCASH,

                Defendant.

No. 09 Civ. 6760 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant, dated September 23, 2009, indicating "that the payment sought by the plaintiff will be made no later than October 10, 2009," and that "[o]nce that payment is made, it will render this case moot." Defendant also requests an extension of one week for the initial submissions set forth in this Court's September 14, 2009 Order. Defendant indicates that Plaintiff consents to this request.

    The parties' joint request is granted. If the parties are able to settle this matter, they shall inform the Court by a joint letter, which shall be *received* no later than October 14, 2009. The letter shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov. If the parties are unable to settle this matter, they shall provide the Court with the initial joint status letter and the proposed Case Management Plan and Scheduling Order, as set forth in the Court's September 14, 2009 Order, no later than October 14, 2009. The parties shall thereafter appear for an initial status conference on Friday, October 23, 2009 at 9:30 a.m.

SO ORDERED.

Dated:    September 25, 2009
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE