UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09

JONATHAN CAPPO,

                Plaintiff,

-v-

GLENN LUCASH,

                Defendant.

No. 09 Civ. 6760 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant, dated October 7, 2009, indicating "that both the plaintiff and the defendant . . . have been the victims of a massive fraud," and requesting "a thirty day hold on this matter to give counsel, including counsel for plaintiff, a chance to learn more facts and consider the ramifications." The Court is also in receipt of a letter from Plaintiff, dated October 9, 2009, informing the Court that he does not consent to Defendant's request, and that he would like to file a motion for summary judgment.

    It is hereby ordered that Defendant provide the Court with a proper pre-motion letter, as set forth in my Individual Practices, which shall be *received* by the Court no later than Friday, October 16, 2009. Plaintiff shall provide the Court with a response, as also set forth in my Individual Practices, which shall be *received* no later than Wednesday, October 21, 2009. Both letters shall be sent to sullivannysdchambers@nysd.uscourts.gov.

    As previously ordered, the parties shall also provide the Court with the initial submissions requested in this Court's September 14, 2009 order no later than October 14, 2009.

The Court will thereafter hold an initial status conference on Wednesday, October 28, 2009 at 11:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     October 9, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE